George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Counsel for Plaintiff Christian Farras*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Christian Farras,

              Plaintiff,

      v.

Clarity Services, Inc.,

           Defendant.

Case No.:  2:25-cv-01800

**Unopposed Motion for Extension of
Time for Clarity Services, Inc. to Answer**

**(Second Request)**

    Christian Farras ("Plaintiff"), hereby files this Unopposed Motion for Extension of Time for Clarity Services, Inc. ("Defendant") to Answer and in support states:

1. On October 22, 2025, this Court granted Plaintiff's First Unopposed Motion for Extension of Time for Defendant to Answer. ECF No. 6.

2. Accordingly, Defendant's responsive pleading to the Complaint is due on December 5, 2025.

3. Defendant's counsel has requested more time to complete their investigation of the Plaintiff's claims and Defendant's possible defenses.

4. In addition, Plaintiff and Defendant are actively engaged in case-resolution negotiations.

5. Plaintiff does not oppose an extension of Defendant's time to respond to the Complaint so Defendant's counsel may complete its investigation into Plaintiff's claims and the parties may continue to devote their energies to resolving this matter.

6. Therefore Plaintiff respectfully requests the Court for an extension of time for Defendant to file its responsive pleading by 45 days, which is up to and including **January 19, 2026**.

7. This motion is filed in good faith and not for delay.

8. This is the second request for an extension of time for Defendant to answer the complaint and the requested extension does not prejudice the parties.

9. For the foregoing reasons, Plaintiff requests that the Court issue an order extending the date by which Defendant must answer or otherwise respond to Plaintiff's Complaint to **January 19, 2026**.

DATED December 5, 2025.


Respectfully submitted,


**FREEDOM LAW FIRM**

 */s/ George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
*Counsel for Plaintiff*


**GOOD CAUSE SHOWN, IT IS SO ORDERED:**

_____
UNITES STATES MAGISTRATE JUDGE


DATED: _December 8, 2025_____

2